United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JOHN GREER,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>    Respondents.                        / | No. C 10-2380 SBA (PR)<br><br>**ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION** |

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 25, 2011, the Court issued an Order granting Petitioner's request for a stay of proceedings while he returned to state court to exhaust his administrative remedies. The Court also stated:

> Nothing further will take place in this action until Petitioner receives a final decision from the California Supreme Court and, within **thirty (30) days** of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims.

(June 25, 2011 Order at 2.)

Petitioner informed the Court that he wishes to have the stay lifted; however he did not indicate that his state proceedings have concluded nor did he amend the stayed petition to add the newly-exhausted claims. Therefore, Petitioner must file a notice indicating that his state

proceedings have concluded, and he must also file an amended petition, which incorporates the newly-exhausted claims he intends to raise in federal court, as directed below.

## CONCLUSION

1. No later than **thirty (30) days** of the date of this Order, Petitioner must file in this Court: (1) a notice indicating that his state proceedings have concluded; and (2) an amended petition which incorporates the newly-exhausted claims he intends to raise in federal court.

2. The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

IT IS SO ORDERED.

DATED: 10/21/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEE JOHN GREER,

        Plaintiff,

  v.

WARDEN OF CORCORAN STATE PRISON et al,

        Defendant.

Case Number: CV10-02380 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee John Greer F-81959
Corcoran State Prison
4001 King Road
Corcoran, CA 93212

Dated: October 25, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk