IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JOHN GREER,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN OF CORCORAN STATE PRISON, et al.,<br><br>    Respondents.<br>_____/ | No. C 10-2380 SBA (PR)<br><br>**ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION** |

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 25, 2011, the Court issued an Order granting Petitioner's request for a stay of proceedings while he returned to state court to exhaust his administrative remedies. The Court also stated:

> Nothing further will take place in this action until Petitioner receives a final decision from the California Supreme Court and, within **thirty (30) days** of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims.

(June 25, 2011 Order at 2.)

    Petitioner informed the Court that he wishes to have the stay lifted; however he did not indicate that his state proceedings have concluded nor did he amend the stayed petition to add the newly-exhausted claims. Therefore, Petitioner must file a notice indicating that his state

proceedings have concluded, and he must also file an amended petition, which incorporates the newly-exhausted claims he intends to raise in federal court, as directed below.

## CONCLUSION

1. No later than **thirty (30) days** of the date of this Order, Petitioner must file in this Court: (1) a notice indicating that his state proceedings have concluded; and (2) an amended petition which incorporates the newly-exhausted claims he intends to raise in federal court.

2. The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

IT IS SO ORDERED.

DATED: 10/21/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  LEE JOHN GREER,

        Case Number: CV10-02380 SBA

5      Plaintiff,

**CERTIFICATE OF SERVICE**

6    v.

7  WARDEN OF CORCORAN STATE PRISON et al,

8      Defendant.

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15  Lee John Greer F-81959
16  Corcoran State Prison
    4001 King Road
17  Corcoran,  CA 93212

18  Dated: October 25, 2011

Richard W. Wieking, Clerk
19  By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.10\Greer2380.FilePetition.frm      3

**United States District Court**
For the Northern District of California