IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE JOHN GREER,** | Case No. C 10-2380 SBA (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **W. L. MONTGOMERY, Acting Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until August 16, 2014, in which to file a response to the order to show cause. Petitioner may file a traverse 28 days after receipt of the answer or response.

Dated:  6/18/2014

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong