IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE JOHN GREER,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**W. L. MONTGOMERY, Acting Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 10-2380 SBA (PR)<br><br>~~[PROPOSED]~~ ORDER |

　　Good cause appearing, respondent may have until August 16, 2014, in which to file a response to the order to show cause. Petitioner may file a traverse 28 days after receipt of the answer or response.

Dated:　6/18/2014

　　　　　　　　　　　　　　　　　　　　　　　　_The Honorable Saundra B. Armstrong_

1

~~[Proposed]~~ Order (C 10-2380 SBA (PR))